1  ROBINS KAPLAN LLP
   SETH A. NORTHROP, Bar No. (0386933)
2  SNorthrop@RobinsKaplan.com
   2440 W El Camino Real
3  Suite 100
   Mountain View, CA 94040
4  Telephone:   (650) 784-4040
   Facsimile:   (650) 784-4041
5
   BRETON A. BOCCHIERI, Bar No. (119459)
6  BBocchieri@RobinsKaplan.com
   2049 Century Park East
7  Suite 3400
   Los Angeles, CA 90067
8  Telephone:   (310) 552-0130
   Facsimile:   (310) 229-5800
9
   Attorneys for Defendant
10 KELLY PAGIDAS

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 | PREVIVO GENETICS, LLC,          | Case No. 3:16-cv-02261 |
14 |         Plaintiff,              | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENDING TIME FOR PARTIES TO MEET AND CONFER AND FILE ADR CERTIFICATION AND STIPULATION** |
15 | v.                              | |
16 | KELLY PAGIDAS,                  | |
17 |         Defendant.              | [Civil L.R. 6-1(b)] |

18

19    WHEREAS, on July 5, 2016, the Court granted Dr. Pagidas's Administrative Motion for

20 Relief from the Notice and Order Setting Initial Case Management Conference and continued the

21 Case Management Conference until October 27, 2016 and set the deadline for the Joint CMC

22 Statement to be filed by October 20, 2016 (D.I. 20);

23    WHEREAS, the original Case Schedule requires the parties to meet and confer regarding

24 initial disclosures, early settlement, ADR process selection, and discovery plan by July 7, 2016

25 (D.I. 6);

26    WHEREAS, the original Case Schedule requires the parties to file the ADR Certification

27 and the Stipulation to ADR Process or Notice of Need for ADR Phone Conference by July 7,

28

2016 (D.I. 6);

WHEREAS, the parties stipulate to moving the July 7, 2016 dates for meeting and conferring regarding initial disclosures, early settlement, ADR process selection, and discovery plan and corresponding ADR submission deadlines to October 6, 2016—the same amount of time before the Joint Case Management Conference is due that the Court original set out in the Case Schedule (D.I. 6);

WHEREAS, this extension of time does not alter the date of any event or any deadline already fixed by the Court.

NOW, THERFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for PREVIVO and PAGIDAS that the deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and to file the ADR Certification and the Stipulation to ADR Process or Notice of Need for ADR Phone Conference is extended to October 6, 2016

.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: July 7, 2016_____ | ROBINS KAPLAN LLP |
|  | By: */s/ Seth A. Northrop*_____ |
|  | Seth A. Northrop |
|  | ATTORNEY FOR DEFENDANT KELLY PAGIDAS |

| | | |
|---|---|---|
| 1 | DATED: July 7, 2016_____ | FISH & RICHARDSON P.C. |
| 2 | | By: */s/ James Huguenin-Love*  |
| | | James Huguenin-Love |

James Huguenin-Love, Bar No. 301297
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Email: huguenin-love@fr.com

ATTORNEY FOR PLAINTIFF
PREVIVO GENETICS, LLC

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 7, 2016                                                        /s/ *Seth A. Northrop*
                                                                                     Seth A. Northrop

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:     July 20, 2016

IT IS SO ORDERED
Judge Edward M. Chen