1 | Ahmed J. Davis / davis@fr.com
*Admitted Pro Hac Vice*
2 | Sarah M. Cork / cork@fr.com
*Admitted Pro Hac Vice*
3 | FISH & RICHARDSON P.C.
1425 K Street, N.W.
4 | Washington, DC 20005-3500
Telephone: (202) 783-5070
5 | Facsimile: (202) 783-2331

6 | James Huguenin-Love (SBN 301297/ huguenin-love@fr.com)
FISH & RICHARDSON P.C.
7 | 500 Arguello Street, Suite 500
Redwood City, California 94063
8 | Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
PREVIVO GENETICS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREVIVO GENETICS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>KELLY PAGIDAS,<br><br>            Defendant. | Case No. 3:16-cv-02261 EMC<br><br>**JOINT STIPULATION AND [PRO~~PO~~SED] ORDER FOR EXTENSION OF TIME FOR PREVIVO TO FILE ITS OPPOSITION TO PAGIDAS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE MOTION TO TRANSFER TO THE DISTRICT OF RHODE ISLAND**<br><br>Hearing Date:    September 22, 2016<br>Time:            1:30p.m.<br>Courtroom:       5<br>Judge:           Honorable Edward M. Chen |

WHEREAS, on August 4, 2016, Defendant Kelly Pagidas ("Pagidas") filed a Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative Motion to Transfer to the District of Rhode Island ("Motion") (Dkt. No. 23).

WHEREAS Plaintiff Previo Genetics, LLC's ("Previvo") Opposition to the Motion is due on August 18, 2016 making Pagidas' Reply to Previvo's Opposition due on August 25, 2016.

1  WHEREAS the parties have agreed to extend the deadline for filing Previo's Opposition to the Motion to August 25, 2016 and Pagidas' Reply to Previo's Opposition to September 7, 2016.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that Previo may have an extension of time up to and including August 25, 2016 to file its Opposition to the Motion. Pagidas' Reply to Previo's Opposition will be due on or before September 7, 2016.

Dated: August 15, 2016                     Respectfully submitted,

                                           FISH & RICHARDSON P.C.


                                           By:  */s/ James Huguenin-Love*
                                                James Huguenin-Love

                                           Attorneys for Plaintiff
                                           PREVIVO GENETICS, LLC


Dated: August 15, 2016                     ROBINS KAPLAN LLP


                                           By:  */s/ David Leichtman*
                                                David Leichtman

                                           Attorneys for Defendant
                                           KELLY PAGIDAS


### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 15, 2016                     FISH & RICHARDSON P.C.


                                           By:  */s/ James Huguenin-Love*
                                                James Huguenin-Love

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 Dated:  8/16/16

3                                                                    By: _____
                                                                              Honorable Edward M. Chen
4                                                                              United States District Judge

*IT IS SO ORDERED*

*Judge Edward M. Chen*