Ahmed J. Davis / davis@fr.com
*Admitted Pro Hac Vice*
Sarah M. Cork / cork@fr.com
*Admitted Pro Hac Vice*
FISH & RICHARDSON P.C.
1425 K Street, N.W.
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

James Huguenin-Love (SBN 301297/ huguenin-love@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
PREVIVO GENETICS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREVIVO GENETICS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY PAGIDAS,<br><br>　　　　　Defendant. | Case No. 3:16-cv-02261 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PREVIVO TO FILE ITS OPPOSITION TO PAGIDAS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE MOTION TO TRANSFER TO THE DISTRICT OF RHODE ISLAND**<br><br>Hearing Date:　September 22, 2016<br>Time:　　　　　1:30p.m.<br>Courtroom:　　5<br>Judge:　　　　Honorable Edward M. Chen |

　　　　WHEREAS, on August 4, 2016, Defendant Kelly Pagidas ("Pagidas") filed a Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative Motion to Transfer to the District of Rhode Island ("Motion") (Dkt. No. 23).

　　　　WHEREAS Plaintiff Previvo Genetics, LLC's ("Previvo") Opposition to the Motion is currently due on August 25, 2016 and Pagidas' Reply to Previvo's Opposition due on September 7, 2016.  (Dkt. No. 29.)

WHEREAS the parties have agreed to extend the deadline for filing Previo's Opposition to the Motion to September 1, 2016 and Pagidas' Reply to Previo's Opposition to September 14, 2016.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that Previo may have an extension of time up to and including ~~September 1, 2016~~ August 29, 2016 to file its Opposition to the Motion. Pagidas' Reply to Previo's Opposition will be due on or before September ~~14~~ 8, 2016.

Dated: August 23, 2016               Respectfully submitted,

                                     FISH & RICHARDSON P.C.


                                     By:  */s/ James Huguenin-Love*
                                          James Huguenin-Love

                                     Attorneys for Plaintiff
                                     PREVIVO GENETICS, LLC


Dated: August 23, 2016               ROBINS KAPLAN LLP


                                     By:  */s/ David Leichtman*
                                          David Leichtman

                                     Attorneys for Defendant
                                     KELLY PAGIDAS


### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 23, 2016               FISH & RICHARDSON P.C.


                                     By:  */s/ James Huguenin-Love*
                                          James Huguenin-Love

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified on p. 2, lines 5-6.) |
| 2 | Dated: 8/24/16 |
| 3 | By: _____ Honorable Edward M. Chen |
| 4 | United States District Court Judge |



*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen

3
JOINT STIP AND PROP'D ORDER FOR AN EXT OF TIME FOR PREVIVO TO FILE ITS OPPOSITION TO
PAGIDAS MOTION TO DISMISS; MOTION TO TRANSFER
Case No. 3:16-cv-02261-EMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified on p. 2, lines 5-6.)

Dated: 8/24/16

By: _____
Honorable Edward M. Chen
United States District Court Judge

